# United States Bankruptcy Court
## Southern District of New York

In re: **GHURKA BRANDS HOLDINGS LLC**, Debtor(s)

Case No. 18-11782
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Arnold Cohen<br>78 Bulkley Avenue North<br>Westport, CT 06880 | Class A | 158.05 | 6.32% |
| Banyan Mezzanine Fund II, LP<br>1111 Brickell Ave, Suite 1300<br>Miami, FL 33131 | Class B-2 | 2253.11 | 90.16 |
| BCALLC Profit Sharing Plan<br>FBO Richard M. Starke<br>1111 Brickell Ave, #1300<br>Miami, FL 33131 | Class A | 301.72 | 12.07% |
| Benton Asset Partners, Ltd.<br>8818 Stable Crest Blvd.<br>Houston, TX 77024 | Class B-2 | 101.12 | 4.05% |
| Cofca Corp<br>Ave Samuel Lewis y Calle<br>Gabado Orega PH Edie Central<br>3EP Pisao, Panama, Panama | Class B-2 | 10.11 | 0.40% |
| Conferre Ghurka LLC<br>Attn: Ross Lipson, Man Member<br>12 East 49th Street<br>New York, NY 10017 | Class A | 143.68 | 5.75% |
| Grant Pollack<br>2193 W 7th Street, Unit UP<br>Cleveland, OH 44113 | Class A | 14.37 | 0.57% |
| Green Bull Bags LLC<br>c/o Candlewood Partners<br>600 Superior Ave E, Ste 1800<br>Cleveland, OH 44114 | Class A | 833.33 | 33.33% |
| Jason Wolff<br>4311 Wilshire Blvd., Suite 408<br>Los Angeles, CA 90010 | Class A | 215.52 | 8.62% |
| John William Wenrich Trust<br>736 Dew Road<br>Coral Gables, FL 33143 | Class B-2 | 2.53 | 0.10% |

In re: GHURKA BRANDS HOLDINGS LLC

Case No. 18-11782

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Josephine Slotkin<br>P.O. Box 6<br>4498 Vine Road<br>Keuka Park, NY 14478 | Class B-2 | 0.82 | 0.03% |
| Justin Sellman<br>155 N. 4th Street<br>Apt. 2A<br>Brooklyn, NY 11211 | Class B-2 | 3.28 | 0.13% |
| Kyle Pollack<br>229 Chrystie Street, #716<br>New York, NY 10002 | Class A | 14.37 | 0.57% |
| Lisa Morris<br>10 Ellen Ave, Apt 1<br>Babylon, NY 11702 | Class B-2 | 0.82 | 0.03% |
| Megan McEwen<br>400 Chambers Street<br>Apt 23U<br>New York, NY 10282 | Class B-2 | 2.46 | 0.10% |
| Michael David Kazma<br>236 Key Palm Road<br>Boca Raton, FL 33432 | Class B-2 | 50.56 | 2.02% |
| Michael Epstein<br>175 Pine Ridge Road<br>Waban, MA 02468 | Class A | 71.84 | 2.87% |
| Natalie Smith<br>128 Windwalker Way<br>Novato, CA 94945 | Class B-2 | 6.15 | 0.25% |
| Natan Milgrom<br>5325 Golfway Lane<br>Cleveland, OH 44124 | Class A | 14.37 | 0.57% |
| NextGen LLC<br>Attn: Greg Skoda, Manager<br>13390 Ludgebranch Lane<br>Chagrin Falls, OH 44022 | Class A | 64.66 | 2.59% |
| Okey Dokey Partners Ltd.<br>23 Orachard Farm Road<br>Port Washington, NY 11050 | Class B-2 | 40.45 | 1.62% |

In re: GHURKA BRANDS HOLDINGS LLC  
Debtor(s)

Case No. 18-11782

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Okey Dokey Partners, Ltd<br>23 Orchard Farm Road<br>Port Washington, NY 11050 | Class B-1 | 1 | 100% |
| Patripabre Capital, LLC<br>Attn: Paul Bossidy<br>34 Wild Turkey Court<br>Ridgefield, CT 06877 | Class A | 215.52 | 8.62% |
| Ricardo Elizondo<br>Secreto 6, Chimalistac<br>Alvaro Obregon Ciudad de Mexic<br>Mexico, 01070 | Class B-2 | 20.22 | 0.81% |
| Salter Family Investments, LLC<br>1507 Oakdale Street<br>Pasadena, CA 91106 | Class A | 301.72 | 12.07% |
| Tim Farah<br>672 Westbourne Drive<br>Bloomfield Hills, MI 48301 | Class B-2 | 7.37 | 0.30% |
| Tower IV LLC<br>6140 Parkland Blvd, Ste 300<br>Mayfiled Hts, OH 44124 | Class A | 150.86 | 6.03% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  June 12, 2018            Signature  /s/ Glenn C. Pollack  
                                          Glenn C. Pollack

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.