PLATZER, SWERGOLD, LEVINE,
GOLDBERG, KATZ & JASLOW, LLP
475 Park Avenue South, 18th Floor
New York, NY 10016
Tel. (212) 593-3000
Fax. (212) 593-0353
Clifford A. Katz, Esq.
*Proposed Counsel for Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

GHURKA BRANDS HOLDINGS LLC,

       Debtor.
----------------------------------------------------------x

Chapter 11

Case No. 18-

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTY RULE 1007-2

STATE OF NEW YORK )
         )ss.:
COUNTY OF NEW YORK )

  GLENN C. POLLACK, being duly sworn deposes and says:

  1. I am the Manager of GB Manager LLC ("GB Manager"). GB Manager is the Manager of Ghurka Brands Holdings LLC (the "Debtor"). I am fully familiar with the Debtor's business, financial information, and the facts set forth herein. I have been duly authorized to submit this affidavit which is hereby submitted in accordance with Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York.

  2. The Debtor is a holding company, being the sole member of the Sasco Hill Brands LLC ("Sasco"). Ghurka Brands also owns 100% of the stock of Ursa Minor B.V. ("Ursa Minor"), which owns certain intellectual property utilized by Sasco in the production and sale of its products. Sasco, under the name "Ghurka", designs and manufactures handmade leather

briefcases, bags, gifts and travel products, and accessories. Sasco sells its products through its proprietary online website and through a select number of wholesale retailers.

3.  The Debtor received financing through Gordon Brothers Brands, LLC ("GBB") pursuant to a certain letter agreement dated August 24, 2017 (the "Letter Agreement") and related documents (collectively, the "Loan Documents"). Certain non-payment related covenant defaults occurred under the Loan Documents. Pursuant to said defaults, GBB immediately seized the Debtor's bank accounts and refused to allow the Debtor to utilize said funds without its prior consent for each payment. Based on the foregoing, the Debtor initially consented to an Article 9 sale of its assets in satisfaction of its obligations to GBB and its creditors. However, it became apparent that the Article 9 sale would not result in a recovery sufficient to satisfy the Debtor's obligations to GBB and its remaining creditors and accordingly, it was necessary for the Debtor to file the instant Chapter 11 bankruptcy case to preserve its assets.

4.  No prior case has been commenced by or against the Debtor under Chapter 7 or 11 of the Bankruptcy Code.

5.  Upon information and belief, as of the date hereof, there has not been a formation of a committee of unsecured creditors.

6.  A list of the Debtor's twenty (20) largest unsecured creditors is attached hereto as **Schedule "1"**.

7.  Attached hereto as **Schedule "2"** is a list of the Debtor's five largest secured creditors including the amounts of the claim, a brief description, and an estimate of the value securing the claim, and indication of whether or not the claim or lien is disputed.

8.  A summary of the Debtor's assets and liabilities as of April 30, 2018 is attached hereto as **Schedule "3"**.

9. The Debtor has no securities that are publicly held, the Debtor is a privately held corporation.

10. None of the Debtor's property is currently in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or agent for any such entity.

11. The Debtor does not own any real property.

12. The Debtor does not have any leases.

13. The Debtor has no office equipment and/or computer equipment. The Debtor has no inventory.

14. The Debtor's books and records are located at 600 Superior Avenue East, Suite 1800, Cleveland, Ohio 44114.

15. As set forth above, Ghurka Brands owns 100% of the stock of Ursa Minor, a Dutch company.

16. Attached hereto as **Schedule "4"** is a list of all actions or proceedings pending against the Debtor or its property with a list of judgments, if any.

17. The following individuals comprise the Debtor's existing senior management: Glenn Pollack – Manager; Steve Latkovic - Manager.

18. It is estimated that the amount of bi-weekly payroll to employees (exclusive of officers, directors, stockholders, and partners) for the thirty (30) day period following the filing of the Chapter 11 petition is $0.00.

19. The amount paid and proposed to be paid for services for the thirty (30) day period following the filing of the Chapter 11 petition to any officers, directors, stockholders, or business consultants is $0.00.

20. The Debtor will not be utilizing any cash during the next thirty (30) day period.

21. Included with the filing of this petition is a proposed case conference order.

**GHURKA BRANDS HOLDINGS LLC**

By: GB Manager LLC
Its: Manager

By: /a/ Glenn C. Pollack
     Glenn C. Pollack, Manager

Sworn to before me this
12th day of June, 2018

/s/ Teresa Sadutto-Carley
NOTARY PUBLIC, STATE OF NEW YORK
No. 02SA6358210
Qualified in New York County
Commission Expires May 8, 2021

# SCHEDULE 1

G:\wpdocs\working\bankruptcy\Ghurka\Bkrtcy-Ghurka\Commence BK Petition\1007-2 Affidavit,Ghurka Brands.doc

Fill in this information to identify the case:

Debtor name: GHURKA BRANDS HOLDINGS LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

# SCHEDULE 2

### LIST OF CREDITORS HOLDING 5 LARGEST SECURED CLAIMS

| | |
|---|---|
| Gordon Brothers Brands, LLC<br>800 Boylston Street, 27th Fl<br>Boston, MA  02199 | $3,000,000.00<br>(Disputed) |
| Green Bull Bags Jr. LLC<br>c/o Candlewood Partners<br>600 Superior Avenue East, Suite 1800<br>Cleveland, OH  44114<br>Attn:  Stephen J. Latkovic | $715,300.00 |
| GB Lender LLC<br>c/o Candlewood Partners<br>600 Superior Avenue East, Suite 1800<br>Cleveland, OH  44114<br>Attn:  Stephen J. Latkovic | $2,100,000.00 |

## SCHEDULE 3

G:\wpdocs\working\bankruptcy\Ghurka\Bkrtcy-Ghurka\Commence BK Petition\1007-2 Affidavit Ghurka Brands.doc

**Ghurka Brand Holdings LLC**
**Balance Sheet**
**For the Period ended April 30, 2018**

| Description | 4/30/2018 |
|---|---:|
| Checking | 6,829 |
| Petty Cash | |
| **Cash** | **6,829** |
| | |
| Accounts Receivable | - |
| Finished goods inventory | - |
| Non-finished goods inventory | - |
| **Total Current Assets** | **6,829** |
| | |
| Investments | 2,650,000 |
| **Capital Assets** | **2,650,000** |
| | |
| Security Deposits | - |
| Deferred Interest | - |
| Deferred Financing Costs | - |
| PrePaid Expense | - |
| **Other Assets** | **-** |
| **Total Assets** | **2,656,829** |
| | |
| Accounts Payable | - |
| Accrued Other | - |
| Accrued Interest | - |
| Short Term Secured Debt | 2,400,000 |
| Last-Out Term Loan | 700,000 |
| Bridge Note | 1,565,300 |
| **Total Current Liabilities** | **4,665,300** |
| | |
| 32000 Partners Capital | 86,776 |
| Member Equity | (2,095,247) |
| Net Income | |
| **Total Equity** | **(2,008,471)** |
| **Total Liabilities & Equity** | **2,656,829** |

## SCHEDULE 4

### Pending Litigation

Natalie Smith
433 West 21st Street, Ap. 3B
New York, NY 10011
EEOC Claim